**THOMAS GODFREY**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone:  (406) 657-6101**
**FAX:  (406) 657-6989**
**Email:  Thomas.Godfrey@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**FILED**

MAY 21 2026

Clerk, US District Court
District of Montana - Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 26- 55 -BLG- SPW** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **RECEIPT OF A FIREARM WHILE UNDER FELONY INFORMATION** (Counts 1 and 2) Title 18 U.S.C. § 922(n) (Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |
| **EMMANUEL MELVIN MENDOZA,** | |
| **Defendant.** | **CRIMINAL FORFEITURE** Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

COUNT 1

That on or between February 1, 2026, and February 12, 2026, at Billings and

within Yellowstone County, in the State and District of Montana, the defendant,

EMMANUEL MELVIN MENDOZA, knowing he was then under information for a

1

crime punishable by imprisonment for a term exceeding one year under the laws of the state of Montana, willfully received, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(n).

## COUNT 2

That on or between March 1, 2026, and March 4, 2026, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, EMMANUEL MELVIN MENDOZA, knowing he was then under information for a crime punishable by imprisonment for a term exceeding one year under the laws of the state of Montana, willfully received, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(n).

## FORFEITURE ALLEGATION

If convicted of either offense in this indictment, the defendant, EMMANUEL MELVIN MENDOZA, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

TIMOTHY J. RACICOT
Acting United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2